COURT OF COMMON PLEAS FOR PHILA COUNTY, Respondent.

No. 66 EM 2016.

Supreme Court of Pennsylvania.

July 5, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of July, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

■

Patrick J. DOHENY, Jr., Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.

Supreme Court of Pennsylvania.

July 6, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of July, 2016, the Petition for Allowance of Appeal is **DENIED.**

The Application for Continuation of Supersedeas and Stay is **DISMISSED** as moot.

Justice WECHT did not participate in the consideration or decision of this matter.

■

Faithlee BROWN; and Joseph Hoang and Kenneth Rothweiler, Esq., Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased and Hiren Patel, Gustav Frederiksen, Brandon Osborn, Elora Lencoski, Barbara Yeager–Doyle, William Koomson, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan and Ahmed Aljahmi

v.

GREYHOUND LINES, INC., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Manaja Livingston, Darren Shin, Rosaura Sanchez, Hector Amado Sanchez, Rosa Maria Tapia, Semen Babadzhanov and Tatiana Liakh

v.

Greyhound Lines, Inc., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Faithlee Brown; and Joseph Hoang and Kenneth Rothweiler, Esq., Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased and Hiren Patel, Gustav Frederiksen, Brandon Osborn, Elora Lencoski, Barbara Yeager–Doyle, William Koomson, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan and Ahmed Aljahmi

v.

Greyhound Lines, Inc., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Manaja Livingston, Darren Shin, Rosaura Sanchez, Hector Amado Sanchez, Rosa Maria Tapia, Semen Babadzhanov and Tatiana Liakh

v.

Greyhound Lines, Inc., Sabrina Anderson, FirstGroup America, C.A.V. Enterprises, LLC, Akos Gubica and Karolly Gubica.

Appeal of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown, FNU Saifullah and Keith Pressman and Charles Reid and Michael Ketchpaw and Suraj Balakrishnan And Ahmed Aljahmi and Hiren Patel and Eric Kjellerstedt and Gustav Frederiksen And Barbara Yeager–Doyle and Brandon Osborn And Elora Lencoski and William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America and C.A.V. Enterprises, Inc. and Akos Gubica And Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown and FNU Saifullah and Keith Pressman and Charles Reid and Michael Ketchpaw and Suraj Balakrishnan and Ahmed Aljahmi and Hiren Patel and Eric Kjellerstedt and Gustav Frederiksen and Barbara Yeager–Doyle and Brandon Osborn and Elora Lencoski and William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America

v.

C.A.V. Enterprises, Inc. and Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Manaja Livingston, Daren Shin, Rosaura Sanchez, Hector Amado Sanchez, Rosa Maria Tapia, Semen Babadzhanov, Tatiana Liakh

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America and C.A.V. Enterprises, LLC, Akos Gubica and Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan, Ahmed Aljahmi, Hiren Patel, Eric Kjellerstedt, Gustav Frederiksen, Barbara Yeager–Doyle, Brandon Osborn, Elora Lencoski, William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America C.A.V. Enterprises, Inc., Akos Gubica, Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Joseph Hoang and Kenneth Rothweiler, Esquire, Co–Administrators of the Estate of Son Thi Thanh Hoang, Deceased, and Faithlee Brown, FNU Saifullah, Keith Pressman, Charles Reid, Michael Ketchpaw, Suraj Balakrishnan, Ahmed Aljahmi, Hiren Patel, Eric Kjellerstedt, Gustav Frederiksen, Barbara Yeager–Doyle, Brandon Osborn, Elora Lencoski, William Koomson and Gloria Koomson, H/W

v.

Greyhound Lines, Inc. and Sabrina Anderson and FirstGroup America C.A.V. Enterprises, Inc., Akos Gubica, Karoly Gubica.

Petition of Greyhound Lines, Inc. and Sabrina Anderson.

Supreme Court of Pennsylvania.

July 6, 2016.

Emergency Application for Stay, Nos. 100 EM 2016, 101 EM 2016, 102 EM 2016, 103 EM 2016, 104 EM 2016, 105 EM 2016, 106 EM 2016, 107 EM 2016.

### ORDER

PER CURIAM.

AND NOW, this 6th day of July, 2016, the Emergency Application for Stay is **DENIED.**

Eleanor REGINELLI and Orlando Reginelli

v.

Marcellus BOGGS, M.D., and Monongahela Valley Hospital, Inc. and UPMC Emergency Medicine, Inc., d/b/a Emergency Resource Management, Inc.

Petition of UPMC Emergency Medicine, Inc. and Marcellus Boggs, M.D.

Eleanor Reginelli and Orlando Reginelli

v.